# IN THE SUPREME COURT OF THE STATE OF NEVADA

STUART FRANK TEMPLETON,
                         Appellant,
          vs.
THE STATE OF NEVADA; AND ISIDRO
BACA,
                         Respondents.

No. 76471

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a court of appeals order denying a petition for writ of mandamus.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:  Stuart Frank Templeton
     Attorney General/Carson City
     Carson City District Attorney
     Carson City Clerk

18-36176